UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRE-FAB BUILDERS, INC, United States of America, for the Use and Benefit of Pre-Fab Builders, Inc,<br><br>Plaintiff,<br><br>v.<br><br>HAL HAYS CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 1:19-cv-00382-AWI-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 4) |

On April 16, 2019, Plaintiff, Pre-Fab Builders, Inc., filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 4.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**April 17, 2019**__        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1